**EXHIBIT "A"**

Electronically FILED by Superior Court of California, County of Los Angeles on 01/06/2022 11:20 AM Sherri R. Carter, Executive Officer/Clerk of Court, by C. Monroe,Deputy Clerk
Case 2:22-cv-02865-MWF-GJS   Document 5-1   Filed 05/02/22   Page 2 of 9   Page ID #:159
22STCV00537

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
UNIVERSAL STUDIOS, INC.; and DOES 1 through 20, Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
MARIA T. BALESTRERI; THOMAS J. BALESTRERI

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifomia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* LOS ANGELES SUPERIOR COURT
Stanley Mosk Courthouse
111 North Hill Street, Los Angeles, CA 90012

**CASE NUMBER:**
*(Número del Caso):*
22STCV00537

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Donald D. Hiney, Esq., 333 H Street, Ste 5000, Chula Vista, CA 91910   Tel: 619-231-8575

DATE:                              Sherri R. Carter Executive Officer / Clerk of Court
*(Fecha)* 01/06/2022               Clerk, by       C. Monroe                    , Deputy
                                   *(Secretario)*                               *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).*)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use              **SUMMONS**                    Code of Civil Procedure §§ 412.20, 465
Judicial Council of California                                                           www.courtinfo.ca.gov
SUM-100 [Rev. July 1, 2009]

Electronically FILED by Superior Court of California, County of Los Angeles on 01/06/2022 11:20 AM Sherri R. Carter, Executive Officer/Clerk of Court, by C. Monroe, Deputy Clerk
Case 2:22-cv-02865-MWF-GJS  Document 5-1  Filed 05/02/22  Page 3 of 9  Page ID #:160
22STCV00537
Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: Daniel Crowley

**PLD-PI-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Donald D. Hiney, Esq. (SBN 101764)<br>Law Offices of Donald D. Hiney, APC<br>333 H Street, Suite 5000<br>Chula Vista, CA 91910<br>TELEPHONE NO: 619-231-8575    FAX NO. *(Optional)*: 619-231-6825<br>E-MAIL ADDRESS *(Optional)*: ddh@donhineylaw.com<br>ATTORNEY FOR *(Name)*: Maria T. Balestreri and Thomas J. Balestreri | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF: Maria T. Balestreri; Thomas J. Balestreri

DEFENDANT: Universal Studios, Inc.; and

[✓] DOES 1 TO 20 Inclusive

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED *(Number)*:

Type *(check all that apply)*:
[✓] MOTOR VEHICLE   [✓] OTHER *(specify)*: Premises liability
[ ] Property Damage   [ ] Wrongful Death
[✓] Personal Injury   [ ] Other Damages *(specify)*:

Jurisdiction *(check all that apply)*:
[ ] ACTION IS A LIMITED CIVIL CASE
Amount demanded [ ] does not exceed $10,000
[ ] exceeds $10,000, but does not exceed $25,000
[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
[ ] from limited to unlimited
[ ] from unlimited to limited

CASE NUMBER: 22STCV00537

1. **Plaintiff** *(name or names)*: Maria T. Balestreri and Thomas J. Balestreri
   alleges causes of action against **defendant** *(name or names)*:
   Universal Studios, Inc.
2. This pleading, including attachments and exhibits, consists of the following number of pages: Seven
3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:
   b. [ ] **except** plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Page 1 of 3
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ **except** defendant *(name):* Universal Studios
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   c. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   b. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   d. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants *(specify Doe numbers):* 1 - 10 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants *(specify Doe numbers):* 1 - 10 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

PLD-PI-001 [Rev. January 1, 2007]    **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**    Page 2 of 3

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
|  |  |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. [✔] Motor Vehicle
    b. [✔] General Negligence
    c. [ ] Intentional Tort
    d. [ ] Products Liability
    e. [✔] Premises Liability
    f. [✔] Other *(specify):*
       Violations of Civil Code sections 2100 and 2101

11. Plaintiff has suffered
    a. [✔] wage loss
    b. [ ] loss of use of property
    c. [✔] hospital and medical expenses
    d. [✔] general damage
    e. [ ] property damage
    f. [ ] loss of earning capacity
    g. [✔] other damage *(specify):*
       Loss of Consortium

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. [ ] listed in Attachment 12.
    b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) [✔] compensatory damages
       (2) [ ] punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) [✔] according to proof
       (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: November 17, 2021

Donald D. Hiney
(TYPE OR PRINT NAME)

▶ *Donald D. Hiney* (signature)
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]    **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**    Page 3 of 3

PLD-PI-001(1)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Balestreri v. Universal Studios, Inc. | |

FIRST        **CAUSE OF ACTION—Motor Vehicle**
(number)

ATTACHMENT TO [✔] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* Maria T. Balestreri and Thomas J. Balestreri

MV- 1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries and damages to plaintiff; the acts occurred
on *(date):* 2/7/2020
at *(place):*
Universal Studios, Universal City, California 91608.

MV- 2. DEFENDANTS
   a. [✔] The defendants who operated a motor vehicle are *(names):*
      Universal Studios, Inc.

      [✔] Does 1 to 20

   b. [✔] The defendants who employed the persons who operated a motor vehicle in the course of their employment are *(names):*
      Universal Studios, Inc.

      [✔] Does 1 to 20

   c. [✔] The defendants who owned the motor vehicle which was operated with their permission are *(names):*
      Universal Studios, Inc.

      [✔] Does 1 to 20

   d. [✔] The defendants who entrusted the motor vehicle are *(names):*
      Universal Studios, Inc.

      [✔] Does 1 to 20

   e. [✔] The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*
      Universal Studios, Inc.

      [✔] Does 1 to 20

   f. [✔] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
      [ ] listed in Attachment MV-2f [ ] as follows:

      [✔] Does 1 to 20

Page Four

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(1) [Rev. January 1, 2007]

**CAUSE OF ACTION—Motor Vehicle**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

PLD-PI-001(2)

| SHORT TITLE:<br>Balestreri v. Universal Studios, Inc. | CASE NUMBER: |
|---|---|

SECOND <u>         </u>  **CAUSE OF ACTION—General Negligence**  Page <u>Five</u>
(number)

ATTACHMENT TO  [✓] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Maria T. Balestreri and Thomas J. Balestreri

alleges that defendant *(name):* Universal Studios, Inc.

[✓] Does 1 to 20

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* 2/7/2020
at *(place):* Universal Studios, Universal City, California 91608

*(description of reasons for liability):*

On or about February 7, 2020, plaintiffs MARIA T. BALESTRERI ("Mrs. Balestreri") and her husband, THOMAS J. BALESTRERI ("Mr. Balestreri") visited Universal Studios Hollywood, owned and operated by defendant UNIVERSAL STUDIOS, INC. ("UNIVERSAL").
At all times herein UNIVERSAL was a common carrier operating Trams for the purpose of providing guests tours of the back lot.

Mrs. Balesretri was disabled and in a wheelchair. Mr. Balestreri wheeled her to the tram entrance. A tour guide directed Mrs. Balesreri onto the tram while Mr. Balestreri parked the wheelchair. The tour guide told her which row to enter, instructing her to move all the way to the end of the row. Mrs. Balestreri did not see an opening in the floor at the end of the row and she lost her balance causing her body to twist and fall to the right hitting a pole and plexiglass.

Plaintiffs allege that at all times herein UNIVERSAL was negligent and in violation of Civil Code section 2100 by failing to use the utmost care and diligence for Mrs. Balestreri's safe carriage and failing to use a reasonable degree of skill to provide everything necessary for that purpose.

Plaintiffs further allege that UNIVERSAL was negligent and in violation of Civil Code section 2101 by failing to provide Tram vehicles safe and fit for the purpose of transporting visitors.

As a result of the negligence of UNIVERSAL, Mrs. Balestreri sustained injuries to her body and nervous system and was required to, and did, employ physicians and other healthcare professionals to diagnose and treat her injuries all to her damage in an amount to be proven.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

MC-025

| SHORT TITLE: Balestreri v. Universal Studios, Inc. | CASE NUMBER: |
|---|---|

**ATTACHMENT** *(Number):* One

*(This Attachment may be used with any Judicial Council form.)*

Attachment to SECOND CAUSE OF ACTION - General Negligence

Loss of Consortim:

At all times herein plaintiffs MARIA T. BALESTRERI and THOMAS J. BALESTRERI were, and now are, husband and wife. As a result of her injuries MARIA T. BALESTRERI has been unable to perform the necessary duties as a wife and the work and services usually performed in the care, maintenance and management of the family home. By reason thereof, THOMAS J. BALESTRERI has been deprived of the consortium of his wife, including the performance of her duties, all to his damage in an amount to be proven at trial.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page Six of Seven
*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

PLD-PI-001(4)

| SHORT TITLE: Balestreri v. Universal Studios, Inc. | CASE NUMBER: |
|---|---|

THIRD _(number)_ **CAUSE OF ACTION—Premises Liability**  Page Seven

ATTACHMENT TO  [✔] Complaint  [ ] Cross - Complaint
_(Use a separate cause of action form for each cause of action.)_

Prem.L-1. Plaintiff _(name):_ Maria T. Balestreri and Thomas J. Balestreri
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On _(date):_ 2/7/2020    plaintiff was injured on the following premises in the following
fashion _(description of premises and circumstances of injury):_
Plaintiffs were visiting Universal Studios Hollywood when Maria T. Balestreri was injured on the vehicle known as the Tram ride which provides guests tours of the Universal Studios Back Lot.

Prem.L-2.  [✔] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were _(names):_
Universal Studios, Inc.

[✔] Does 1 to 10

Prem.L-3.  [ ] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were _(names):_

[ ] Does ___ to ___

Plaintiff, a recreational user, was  [ ] an invited guest  [ ] a paying guest.

Prem.L-4.  [ ] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were _(names):_

[ ] Does ___ to ___

a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [✔] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were _(names):_

[✔] Does 1 to 20

b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b  [ ] as follows _(names):_

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov